## (July 1, 1975)

■ ASR IRON WORKS, INC., et al., Respondents, v SUBURBIA CONSTRUCTION CORP. et al., Appellants, et al., Defendants.—Order, Supreme Court, New York County, entered on December 23, 1974, unanimously affirmed, without costs and without disbursements, the respondents having neither appeared nor filed a brief. No opinion. Concur—Stevens, P. J., Murphy, Lupiano, Lane and Nunez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN SAUNDERS, Appellant.—Judgment (resentence), Supreme Court, New York County, rendered on March 6, 1973, *nunc pro tunc* as of February 28, 1973, and judgment of said court rendered on February 28, 1973, unanimously affirmed. The transcript of the posttrial hearings conducted by the Trial Justice was considered by the court as part of the record on appeal. No opinion. Concur—Markewich, J. P., Kupferman, Murphy, Tilzer and Lane, JJ.

■ EMILIA S. HARLEY, Appellant, v COLIN E. HARLEY, Respondent.—Judgment, Supreme Court, New York County, entered February 20, 1975, awarding to the plaintiff wife in this divorce action alimony in the sum of $900 a month, $600 a month support for the parties' two infant children and a counsel fee of $2,500, unanimously modified, on the facts and in the exercise of discretion, to increase the counsel fee by $1,000 to a total of $3,500, and otherwise affirmed, without costs and without disbursements. Although the divorce itself was uncontested and the trial was brief, the counsel fee awarded by the trial court did not adequately compensate for the hours of work, and its quality, that were necessary to bring about such a result. While the defendant's earnings are high and his prospects roseate, we are persuaded to affirm the award of alimony and support by the burden of debt he is presently carrying. Concur—Kupferman, J. P., Lupiano, Capozzoli, Nunez and Lynch, JJ.